UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL JOHNSON,                    )<br>　　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　　)<br>-v-　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SOLUTIONS TO PORTFOLIOS, LLC, et al., )<br>　　　　　　　Defendants.　　　)<br>　　　　　　　　　　　　　　　　) | No. 1:16-cv-503<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Today, the Court entered default judgment against Defendant M & L Associates and against Defendant Monique Jenkins. Plaintiff Cheryl Johnson is awarded $1,000.00 in statutory damages against Defendant M & L Associates. She is also awarded $1000.00 in statutory damages against Defendant Monique Jenkins. Both awards are made under § 1692k(a)(2)(A) of the Fair Debt Collection Practices Act.

Having entered default judgment against these two defendants, all pending claims in this lawsuit have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

　　**THIS LAWSUIT IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:　April 20, 2017　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge